IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DOSHAY A. SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 7:15-cv-00449 |
| | ) | |
| CONMED HEALTHCARE MANAGEMENT, | ) ) | By: Elizabeth K. Dillon United States District Judge |
| | ) | |
| Defendant. | | |

**ORDER**

In accordance with the memorandum opinion entered this day, it is hereby ORDERED that:

1. Defendant's motion to dismiss (Dkt. No. 9) is GRANTED;

2. Plaintiff's complaint (Dkt. No. 2) is DISMISSED without prejudice;

3. Plaintiff's oral request for leave to file an amended complaint is GRANTED;

4. Plaintiff shall file any amended complaint within 21 days of the date of this order; and

5. Defendant shall file any responsive pleading within 14 days of the date of any amended complaint.

The clerk is directed to mail a copy of this order and the accompanying memorandum opinion to plaintiff at his address of record and to defendant's counsel of record through CM/ECF.

Entered: December 15, 2015.

/s/ *Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge